**Order entered September 16, 2021**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-21-00431-CV

## BRADLEY B. MILLER, Appellant

## V.

## MEREDITH LEYENDECKER, ET AL., Appellees

**On Appeal from the 116th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-20-15614**

### ORDER

By order dated July 23, 2021, we dismissed the appeal against appellees Meredith Leyendecker, Beth Taylor, The Hockaday School, Virginia Talley Dunn, Patricia Rochelle, David H. Findley, the City of Dallas, Michael Charles Keller, and Lacie Darnell, leaving the appeal proceeding only as to appellee Judge Andrea Plumlee, Presiding Judge of the 330th Judicial District Court. Before the Court is appellant's September 13, 2021 letter requesting we remove the dismissed appellees from the caption of the appeal. By separate document filed September

14, 2021, appellant requests the clerk's record be supplemented with two documents.

We **GRANT** the requests. We **DIRECT** the Clerk of the Court to change the caption of this appeal to "Bradley B. Miller v. Andrea Plumlee." All future filings in this appeal shall bear this caption. We also **ORDER** Dallas County District Clerk Felicia Pitre to file, no later than September 27, 2021, a supplemental clerk's record containing a copy of the June 30, 2021 "Plaintiff's Response in Opposition to the Plea to the Jurisdiction of Defendants Dallas County and Danielle Diaz" and the July 14, 2021 "Order Granting Defendants Danielle Diaz and Dallas County's Plea to the Jurisdiction."

We **DIRECT** the Clerk of the Court to send a copy of this order to Ms. Pitre and the parties.

/s/    ROBERT D. BURNS, III
       CHIEF JUSTICE